UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

THERESA BULLOCK,                                      CIV. NO. 13-1070 ADM/JSM

    Plaintiff,                                                    ORDER

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION,
MORTGAGE ELECTRONIC REGISTRATION SYSTEM,
MERSCORP HOLDINGS, INC.,

    Defendants.

The above matter came before the Court on the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated January 24, 2014.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based on the Report and Recommendations of the Magistrate Judge and upon all of the files, records and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

    1.    Defendants' Motion to Dismiss [Docket No. 9] be **GRANTED**.

    2.    This matter be dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                BY THE COURT:

                                                s/Ann D. Montgomery
                                                ANN D. MONTGOMERY
                                                U.S. DISTRICT JUDGE

Dated:  February 11, 2014.